IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

DAVID J. SADLER                      §
                                     §
VS.                                  §     ACTION NO. 4:12-CV-447-Y
                                     §
CAROLYN W. COLVIN, Acting            §
Commissioner of Social Security §

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

The Court has made an independent review of the following matters

in the above-styled and numbered cause:

    1.   The pleadings and record;

    2.   The findings, conclusions, and recommendations of the
    United States magistrate judge filed on August 29, 2013;
    and

    3.   Plaintiff's objections to the findings, conclusions,
    and recommendation of the United States magistrate judge
    filed on September 12.

Plaintiff makes the same arguments in his objections that were

addressed in detail in the magistrate judge's decision.  This Court,

after de novo review, concludes that the Commissioner's decision

should be affirmed for the reasons stated in the magistrate judge's

decision.

It is ORDERED that the findings, conclusions, and recommendation

of the magistrate judge should be and are hereby ADOPTED.  The

decision of the Commissioner is AFFIRMED.

SIGNED September 20, 2013.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE